**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

MEMORANDUM

| | |
|---|---|
| Date: | April 24, 2009 |
| To: | File |
| From: | Gregory C. Langham, Clerk |
| Subject: | Assignment of Oppenheimer Litigation |

Pursuant to the authorization of Chief Judge Wiley Y. Daniel, all civil cases described as Oppenheimer litigation filed in this district or transferred from another district, shall be assigned to Senior Judge John L. Kane and Magistrate Judge Kathleen M. Tafoya.