IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 09-cv-02738-JLK-KMT

DONALD L. COHN and KAREN S. COHN,

v.

OPPENHEIMER FUNDS, INC., et al.

## ENTRY OF APPEARANCE OF PETER G. RUSH

I, Peter G. Rush, pursuant to D.C.COLO.LCivR 11.1., hereby enter my appearance as counsel for Defendants William L. Armstrong and the Oppenheimer Champion Income Fund. I have been admitted to practice in this Court.

Dated: December 11, 2009

*/s/ Peter G. Rush*
Peter G. Rush
K&L GATES LLP
70 W. Madison Street, Suite 3100
Chicago, Illinois 60602
Phone: (312) 372-1121
Fax: (312) 827-8005
Email: peter.rush@klgates.com

Attorney for Defendants Armstrong and the
Oppenheimer Champion Income Fund

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2009, I electronically filed the foregoing **ENTRY OF APPEARANCE OF PETER G. RUSH** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- George A. Foster
  gfoster@fosterwalsh.com

- John Boyce, Jr.
  jboyce@fosterwalsh.com

- Matthew Larrabee
  matthew.larrabee@dechert.com

- Stephanie Dunn
  sdunn@perkinscoie.com

- Robert Miller
  rmiller@perkinscoie.com

- Dale Harris
  dale.harris@dgslaw.com

- Kip Shuman
  kip@shumanlawfirm.com

*/s/Peter G. Rush*