IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 09-cv-02738-JLK

DONALD L. COHN and KAREN S. COHN,

v.

OPPENHEIMER FUNDS, INC. et al.

---

Civil Action No. 09-cv-00386-JLK-KMT (consolidated with 09-cv-525-JLK-KMT)

IN RE: OPPENHEIMER CHAMPION FUND SECURITIES FRAUD CLASS ACTIONS

This document relates to BOTH actions.

---

Civil Action No. 09-cv-01186-JLK-KMT

IN RE: CORE BOND FUND

---

ORDER STAYING *COHN v OPPENHEIMERFUNDS, INC.*

---

This matter is before the Court on Defendant's Unopposed Motion to Enter Order Staying *Cohn v. OppenheimerFunds, Inc.*, Case No. 09-cv-02738 (doc. #15), filed March 3, 2010. The Motion is **GRANTED**. This case is **STAYED** until such time as the Court issues its decision on the motions to dismiss filed in the Fixed Income Actions. It is

FURTHER ORDERED that within fourteen days following the issuance of the Court's ruling on the motions to dismiss the Fixed Income Fund Actions, the parties in

the Cohn action shall submit a joint status report setting forth which issues, if any, remain.

DONE AND SIGNED THIS 9th day of March, 2010.

BY THE COURT:

*s/John L. Kane*
United States District Judge
Judge John L. Kane