## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge John L. Kane

Civil Action No. 09-cv-02738-JLK

DONALD L. COHN and KAREN S. COHN,

v.

OPPENHEIMER FUNDS, INC., et al.

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the Denver office of Perkins Coie LLP has moved. Please direct all future pleadings and correspondence for counsel of record in the above-captioned matter to the following address:

>Stephanie E. Dunn
>Perkins Coie LLP
>1900 Sixteenth Street, Suite 1400
>Denver, CO  80202-5255

The firm's telephone and facsimile numbers, and the e-mail addresses of its attorneys will remain the same.

DATED this 4th day of February, 2011.

>Respectfully submitted,
>
>*s/ Stephanie E. Dunn*
>Stephanie Dunn
>Perkins Coie LLP
>1900 Sixteenth Street, Suite 1400
>Denver, CO  80202-5255
>Tel:  303.291.2300
>Fax:  303.291.2400
>Email:  sdunn@perkinscoie.com
>
>Attorneys for OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc., John V. Murphy, and Brian W. Wixted

56855-0005/LEGAL20120538.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of February, 2011, I electronically filed a true and correct copy of the foregoing **Notice of Change of Address** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **John Boyce, Jr.**
  jboyce@fosterwalsh.com

- **Stephanie Erin Dunn**
  sdunn@perkinscoie.com,sdunn-efile@perkinscoie.com

- **George Allen Foster**
  gfoster@fosterwalsh.com

- **Dale R. Harris**
  dale.harris@dgslaw.com,patricia.henson@dgslaw.com

- **Matthew L. Larrabee**
  matthew.larrabee@dechert.com,will.rehling@dechert.com,michael.doluisio@dechert.com,reginald.zeigler@dechert.com,alice.jensen@dechert.com,muriel.korol@dechert.com,david.burkhart@dechert.com

- **Robert Nolen Miller**
  rmiller@perkinscoie.com,rmiller-efile@perkinscoie.com

- **Jeffrey Thomas Petersen**
  jeffrey.petersen@klgates.com,chicago.docket@klgates.com

- **Peter G. Rush**
  peter.rush@klgates.com,melissa.neubeck@klgates.com

- **Kip Brian Shuman**
  kip@shumanlawfirm.com,rusty@shumanlawfirm.com

*s/ Stephanie Dunn*
Stephanie E. Dunn
Perkins Coie LLP
1900 Sixteenth Street, Suite 1400
Denver, CO  80202-5255
Tel:  303.291.2300
Fax:  303.291.2400
Email:  sdunn@perkinscoie.com

Attorneys for OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc., John V. Murphy, and Brian W. Wixted

56855-0005/LEGAL20120538.1