**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge John L. Kane**

Civil Action No. 09-cv-02738-JLK

DONALD L. COHN and
KAREN S. COHN,

      Plaintiffs,

v.

OPPENHEIMER FUNDS, INC.,
OPPENHEIMERFUNDS DISTRIBUTOR, INC.,
OPPENHEIMER CHAMPION INCOME FUND,
CHARLES KANDILIS,
WILLIAM L. ARMSTRONG,
JOHN V. MURPHY, and
BRIAN W. WIXTED,

      Defendants.

---

## NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE

---

Plaintiffs Donald L. Cohn and Karen S. Cohn hereby provide notice pursuant to Fed R. Civ. P Rule 41(a)(1)(A) of their voluntary dismissal of all claims against all defendants in the above-captioned action with prejudice.  This voluntary dismissal of this action by Plaintiffs and notice thereof is provided before any defendant has served an answer to the Amended Complaint or a motion for summary judgment.

/ / /

/ / /

/ / /

/ / /

## <u>CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCivR 7.1A</u>

Pursuant to D.C.Colo.L.CivR. 7.1A, this will certify that counsel for Plaintiff conferred with counsel for Defendants, and counsel for Defendants have no objection to this voluntary dismissal with prejudice.

**DATED this 4th day of May, 2012.**

<u>s/ George A. Foster</u>
George A. Foster
FOSTER ♦ WALSH, LLP
9201 Spectrum Center Blvd, Suite 210
San Diego, CA 92123
Tel: 858.300-9950
Fax: 858.300-9951
Email: gfoster@fosterwalsh.com

*Attorneys for Plaintiffs Donald L. Cohn and Karen S. Cohn*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2012, I electronically filed a true and correct copy of the **NOTICE OF DISMISSAL OF ACTION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:

- **Stephanie Erin Dunn**
  sdunn@perkinscoie.com, sdunn-efile@perkinscoie.com
- **George Allen Foster**
  gfoster@fosterwalsh.com
- **Dale R. Harris**
  dale.harris@dgslaw.com,
  patricia.henson@dgslaw.com
- **Matthew L. Larrabee**
  matthew.larrabee@dechert.com,
  michael.doluisio@dechert.com,
  reginald.zeigler@dechert.com,muriel.korol@dechert.com,
  david.burkhart@dechert.com

- **Robert Nolen Miller**
  rmiller@perkinscoie.com,rmiller-efile@perkinscoie.com
- **Jeffrey Thomas Petersen**
  jeffrey.petersen@klgates.com,
  chicago.docket@klgates.com
- **Peter G. Rush**
  peter.rush@klgates.com,
  melissa.neubeck@klgates.com
- **Kip Brian Shuman**
  kip@shumanlawfirm.com,
  rusty@shumanlawfirm.com

A true and correct copy of the foregoing was also served on the following:

Donald L. Cohn
Karen S. Cohn
c/o George A. Foster
Foster ♦ Walsh, LLP
9201 Spectrum Center Boulevard
Suite 210
San Diego, CA  92123

_s/ George A. Foster_
George A. Foster
FOSTER ♦ WALSH, LLP
9201 Spectrum Center Blvd, Suite 210
San Diego, CA  92123
Tel:  858,300-9950
Fax:  858.300-9951
Email:  gfoster@fosterwalsh.com

*Attorneys for Plaintiffs Donald L. Cohn and Karen S. Cohn*